UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSEPH KOKOL,

        Plaintiff,

  v.

HUBBELL POWER SYSTEMS, INC.,

        Defendant.

C24-0822 TSZ

MINUTE ORDER

      The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

      (1)    The Court GRANTS Defendant's unopposed motion to stay proceedings. Motion (docket no. 17); Response (docket no. 18). This case is STAYED pending the Court's ruling on Defendant's Motion to Change Venue. Docket no. 15.

      (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

      Dated this 28th day of October, 2024.

                                          Ravi Subramanian
                                          Clerk

                                          s/Laurie Cuaresma
                                          Deputy Clerk

MINUTE ORDER - 1