UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSEPH KOKOL,

        Plaintiff,

v.

ACLARA SMART GRID SOLUTIONS, LLC,

        Defendant.

C24-0822 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court APPROVES the parties' stipulation, docket no. 31, where the parties agree that the correct corporate defendant in this action is Aclara Smart Grid Solutions, LLC, not Hubbell Power Systems, Inc. The caption of this case is AMENDED as follows: *Joseph Kokol v. Aclara Smart Grid Solutions, LLC*.

(2) The Clerk is DIRECTED to update the docket accordingly and to send a copy of this Minute Order to all counsel of record.

Dated this 21st day of May, 2025.

        Ravi Subramanian
        Clerk

        s/Laurie Cuaresma
        Deputy Clerk

MINUTE ORDER - 1